## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mary Steele,

        Plaintiff,                  Civil No. 06-144 (RHK/JJG)

vs.                          **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth Pharmaceuticals,
d/b/a Wyeth, Inc., d/b/a ESI Lederle,
Pfizer, Inc., Pharmacia & Upjohn
Company, LLC, Norvatis Pharmaceuticals
Corporation, Barr Pharmaceuticals,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 9, 2006

                                s/Richard H. Kyle       _
                                RICHARD H. KYLE
                                United States District Judge